

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00088-CV

———————————————

LAWRENCE PETERSEN AND BRYMATT UNLIMITED, LLC D/B/A
BRYMATT CONSTRUCTION, Appellants

V.

GALEN HUSTON, Appellee

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CV2022-1572

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On March 3, 2025, and March 18, 2025, we notified appellants, in accordance with Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless appellants paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 10, 2025

---

[1] *See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).